# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILADELPHIA ENERGY SOLUTIONS REFINING & MARKETING, LLC | : : : : | CIVIL ACTION No. 21-1363 |
| v. | : : | |
| THE BABCOCK & WILCOX COMPANY et al | : | |

## ORDER

**AND NOW,** this 12th day of July 2021, it is **ORDERED** that this case is marked **CLOSED** for statistical purposes and placed in **CIVIL SUSPENSE** pending the decision of jurisdiction in the Eastern District of Louisiana bankruptcy court.

                                                                                s/ANITA B. BRODY, J.
                                                                               ANITA B. BRODY, J.

Copies **VIA ECF**